# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA,
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.  2024 CW 0330

VERSUS

P&F LUMBER COMPANY (2000),
LLC; PF MONROE PROPERTIES,
LLC; MARKLE INTEREST, LLC;
WEYERHAEUSER COMPANY; AND
ST. TAMMANY LAND CO., LLC

**APRIL 17, 2024**

---

In Re:    State of Louisiana, Department of Transportation and
          Developments, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          202113398.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

   **STAY DENIED; WRIT DENIED.**

                        MRT
                        AHP
                        HG

COURT OF APPEAL, FIRST CIRCUIT



------------------------------
DEPUTY CLERK OF COURT
      FOR THE COURT